# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 17, 2012

Lyle W. Cayce
Clerk

No. 11-20401
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LEONEL GARCIA JUAREZ, also known as Leonel Juarez Garcia, also known
as Leonel Garcia-Juarez, also known as Leonel Garcia, also known as Leonel J.
Garcia,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-894-1

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Leonel Garcia Juarez
has moved for leave to withdraw and has filed a brief in accordance with *Anders
v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Garcia Juarez has not filed a response. We have reviewed counsel's
brief and the relevant portions of the record reflected therein. We concur with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.